UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM A. HUGHES, | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | Case No. 4:10CV1256 JCH |
| | ) | |
| LSK, LLC d/b/a MIDTOWN TIRE & AUTO, | ) | |
| | ) | |
| Defendant(s). | ) | |

## ORDER

This matter is before the Court on Plaintiff's Motion for Additional Time to Complete Discovery, filed September 23, 2011. (ECF No. 29). Upon consideration, the Court will grant the motion.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Additional Time to Complete Discovery (ECF No. 29) is **GRANTED**, and the Case Management Order in this matter is altered as follows:

1. The parties shall complete all discovery in this case no later than **December 16, 2011**.

2. This case shall be referred to alternative dispute resolution on **December 1, 2011**, and that reference shall terminate on **February 1, 2012**.

3. Any motions to dismiss, motions for summary judgment, motions for judgment on the pleadings or, if applicable, motions to exclude testimony pursuant to Daubert v. Merrell Dow Pharmaceuticals, Inc., 509 U.S. 579 (1993) or Kuhmo Tire Co. Ltd. v. Carmichael, 526 U.S. 137 (1999), must be filed no later than **January 9, 2012**. Opposition briefs shall be filed no later than **February 9, 2012**, and any reply shall be filed no later than **February 20, 2012**. In the event dispositive motions are filed prior to the above specified date, the opposing party shall file a response thirty (30) days after the filing of the dispositive motion. A reply may be filed ten (10) days after

the filing of the response. Briefing of such motions shall be governed by E.D.Mo. L.R. 4.01.

4. This action is set for a **JURY** trial on **April 2, 2012**, at **9 a.m.**

**IT IS FURTHER ORDERED** that all other provisions of the November 17, 2010, Case Management Order remain in effect.


Dated this   11th   day of October, 2011.


        /s/Jean C. Hamilton
        UNITED STATES DISTRICT JUDGE